KESSNER UMEBAYASHI BAIN & MATSUNAGA
Attorneys at Law, A Law Corporation

MICHELE-LYNN E. LUKE  5332-0
SAORI TAKAHASHI        8834-0
220 South King Street, Suite 1900
Honolulu, Hawaii  96813
Telephone No. (808) 536-1900
Facsimile No. (808) 529-7177

Attorneys for Defendants
GREYSTAR MANAGEMENT SERVICES, LLC;
BPP KALAELOA MEZZ LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JIMMY TATE, on behalf of himself and his minor children,<br><br>                Plaintiff,<br><br>    v.<br><br>GREYSTAR PROPERTY MANAGEMENT AND BPP KALAELOA MEZZ LLC (an affiliate of Blackstone Property Partners),<br><br>                Defendants. | CIVIL CASE NO. 1:24-cv--00473-JMS-RT<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES** |

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES

      WHEREAS Plaintiff JIMMY TATE and counsel for Defendants GREYSTAR MANAGEMENT SERVICES, LLC and BPP KALAELOA MEZZ LLC met and conferred via phone conference on May 14, 2025, regarding this matter; and

      WHEREAS Plaintiff JIMMY TATE has not identified the proper parties as defendants and intends to re-file this matter against the proper parties in state court in the State of Hawai`i;

IT IS HEREBY STIPULATED by and between Plaintiff JIMMY TATE, on behalf of himself and his minor children ("Plaintiff"), and Defendants GREYSTAR MANAGEMENT SERVICES, LLC (incorrectly identified as "Greystar Property Management") and BPP KALAELOA MEZZ LLC (collectively "Defendants"), by and through Plaintiff, *pro se*, and counsel for Defendants, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, that any and all claims asserted in this action by Plaintiff, be and hereby are, dismissed without prejudice, subject to refiling against the proper parties in state court in the State of Hawai`i. Each party shall bear its own attorney's fees and costs.

This stipulation has been signed by all parties that have appeared in this action, through their respective counsel. There are no remaining parties, claims or causes of action. No trial date has been set.

DATED: Honolulu, Hawai`i, May 21, 2025            .

_____
JIMMY TATE, on behalf of himself and his minor children
Pro Se


_____
MICHELE-LYNN E. LUKE
SAORI TAKAHASHI
Attorneys for Defendants
GREYSTAR MANAGEMENT SERVICES, LLC
and BPP KALAELOA MEZZ LLC

IT IS HEREBY STIPULATED by and between Plaintiff JIMMY TATE, on behalf of himself and his minor children ("Plaintiff"), and Defendants GREYSTAR MANAGEMENT SERVICES, LLC (incorrectly identified as "Greystar Property Management") and BPP KALAELOA MEZZ LLC (collectively "Defendants"), by and through Plaintiff, *pro se*, and counsel for Defendants, and pursuant to the provisions of Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and Rule 41.1 of the Local Rules of Practice for the United States District Court of the District of Hawaii, that any and all claims asserted in this action by Plaintiff, be and hereby are, dismissed without prejudice, subject to refiling against the proper parties in state court in the State of Hawai`i. Each party shall bear its own attorney's fees and costs.

This stipulation has been signed by all parties that have appeared in this action, through their respective counsel. There are no remaining parties, claims or causes of action. No trial date has been set.

DATED: Honolulu, Hawai`i, __May 21, 2025__.

                                              _____  
                                              JIMMY TATE, on behalf of himself and  
                                              his minor children  
                                              Pro Se

                                              /s/Saori Takahashi  
                                              MICHELE-LYNN E. LUKE  
                                              SAORI TAKAHASHI  
                                              Attorneys for Defendants  
                                              GREYSTAR MANAGEMENT SERVICES, LLC  
                                              and BPP KALAELOA MEZZ LLC

APPROVED AND SO ORDERED:



   /s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

---

*Jimmy Tate, on behalf of himself and his minor children v. Greystar Property Management, et al.*; Civil Case No. 1:24-cv-00473-JMS-RT; STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AND PARTIES